AUGUSTA LANG v. HEYMAN & GOODMAN CO., INC.— Motion for leave to appeal denied, with ten dollars costs. Motion for stay granted upon appellant's filing

the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.